UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 3:03CR198 (RNC) |
| PABLO GARCIA | : | |

### ORDER OF REFERRAL OF PLEA HEARING TO A MAGISTRATE JUDGE

The defendant, Pablo Garcia, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge Donna F. Martinez to administer the allocution pursuant to F.R.Crim.P., Rule 11, and to make

(a) a finding as to whether any waiver of indictment is knowingly, intelligently and voluntarily made;

(b) a finding as to whether the plea is knowingly and voluntarily made and not coerced; and

(c) a recommendation as to whether the plea of guilty should be accepted.

In order to facilitate the Court's review of the record of the plea before sentencing, the Court asks the Magistrate Judge to use the allocution and petition drafted by the Court in taking a guilty plea.

It is so ordered.

ENTERED at Hartford, Connecticut, this 19 day of March 2005.

Robert N. Chatigny
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 3:03CR198 (RNC) |
| PABLO GARCIA | : | |

CONSENT FORM

The defendant, <u>Pablo Garcia</u>, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.

CONSENTED TO:

DEFENDANT: _____   _____
                                                                                     Date

ATTORNEY FOR DEFENDANT: _____   _____
                                                                                     Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _____   _____
                                                                                     Date