FILED

2005 APR 11 P 12: 52

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:03CR198 (RNC) |
| | : | |
| V. | : | VIOLATION: |
| | : | 21 U.S.C. § 846 |
| PABLO GARCIA, a/k/a "Viejo" | : | (Conspiracy to Possess with |
| | : | Intent to Distribute 100 |
| | : | Grams or More of Heroin) |

SUBSTITUTE INFORMATION

The United States Attorney, by and through the undersigned Assistant United States Attorneys, charges:

COUNT ONE

From in or about November 6, 2002 through July 2003, in the District of Connecticut and elsewhere, PABLO GARCIA, a/k/a "Viejo," the defendant herein, together with others known and unknown, not named as defendants herein, did knowingly and intentionally combine, conspire, confederate and agree together and with others known and unknown to possess with intent to distribute and to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

All in violation of Title 21, United States Code, Section 846.

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
PETER D. MARKLE
ASSISTANT U.S. ATTORNEY
CHIEF, DRUG TASK FORCE

_____
H. GORDON HALL
ASSISTANT U.S. ATTORNEY