UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR 11  P 12: 02

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -vs- | : CRIMINAL NO. 3:03CR198(RNC) |
| PABLO GARCIA | : |

## WAIVER OF INDICTMENT

I, **PABLO GARCIA,** the above named defendant, who is accused of knowingly and intentionally conspiring to possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 846, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on April 11, 2005, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
**PABLO GARCIA, DEFENDANT**

_____
**HERMAN WOODARD, ESQ.**
**COUNSEL FOR DEFENDANT**

Befo: _____
Honorable Donna F. Martinez
United States Magistrate Judge