UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           :

v.                                 :     CASE NO. 3:03CR198 C(RNC)

PABLO GARCIA                       :

FILED
2005 APR 11 P 12:02
DISTRICT COURT
HARTFORD CONN

### CONSENT FORM

The defendant, <u>Pablo Garcia</u>, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.

CONSENTED TO:

DEFENDANT: _____  4/11/05
                                            Date

ATTORNEY FOR DEFENDANT: _____  4/11/05
                                            Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _____  4/11/05
                                            Date