(REF.3, Rev. 11/92)

2005 APR 11  P 12: 02

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :
                                  :
                v.                :          CASE NO. 3:03CR198(RNC)
                                  :
PABLO GARCIA                      :

## PETITION TO ENTER PLEA OF GUILTY
## PURSUANT TO RULES 10 AND 11 OF
## THE FEDERAL RULES OF CRIMINAL PROCEDURE

The above-named defendant respectfully petitions this Court to permit him/her to withdraw his/her previously entered plea of "Not Guilty" to Count(s)_____Four_____ of the Indictment/Information in Criminal No.__3:03 CR 198__ (RNC), and to plead "GUILTY" at this time to Count(s)_____One_____.

In support of this petition, petitioner represents to the Court as follows:

(1)  My full and legal name is:__Pablo Garcia_____

_____.

I request that all proceedings against me be had  in this name.

(2)  I am __44 years of age.  I was born on__12/27/60_____.

(3)  I was born in (City, State, etc.)__Ponce Puerto Rico_.

(4)  [Place check in appropriate places.]

    (a)  I am able to read __x__ and write __x__ in the English language.

    (b)  I am not able to read and write English, and I have had the benefit of the interpretation and translation services of _____

(name of interpreter), who is fluent in

_____ (name of language).   I

continue to require such an interpreter.

(5)   (a)   I have received the following education in the

United States (check the highest level

completed):

Grade School   1___2___3___4___5___6___7___8___

High School        ___12___(Years)

College              _____(Years)

Graduate School  _____(Years)

(b)   If education received in foreign country, give

details_____

_____.

(6)   I am represented by counsel and the name of my

attorney is ___Herman Woodard, Jr._____.

(7)   (a)   I have received a copy of the

Indictment/Information, I have read and

discussed it with my attorney, and I understand

every accusation made against me in this case.

(b)   As stated below in my own words, I understand

that in the counts of the Indictment/Information

to which I am now offering to plead guilty, I am

charged with the following crime(s):

___Conspiracy to distribute Heroin_____

_____

_____

- 2 -

[Identify each count and the nature of the crime charged therein.]

(8)   (a)   I have given my attorney a full statement of all the facts and surrounding circumstances as known to me concerning the matters mentioned in the Indictment/Information, and I believe that my attorney is fully informed as to all such matters.

(b)   After I gave my attorney the statement just mentioned in 8(a), my attorney informed, counseled, and advised me as to the nature of every accusation against me, and as to any possible defense I might have with respect to these accusations.

(9)   My attorney has advised me that, with respect to the Count(s) to which I intend to plead "GUILTY," the punishment which the law provides is as follows:

[Add up the punishments on each count.  For example, if a defendant is pleading guilty to counts one and two, and there is a two-year maximum sentence on count one, and a five-year maximum sentence on count two, write in seven years as the maximum amount of imprisonment, and $100 as the mandatory special assessment.  <u>Fill in only those blanks that are applicable</u>.]

(a)   A maximum of ___~~life~~ *40 years*___ imprisonment.

(b)   A mandatory minimum of ___5___ imprisonment.

- 3 -

(c) A maximum fine of $_____*2m_____.

(d) A minimum fine of $_____*0*_____.

(e) A maximum term of supervised release of **Life** years following imprisonment for the offense(s) charged in Count(s) ____one____ of the Indictment/Information.

(f) A minimum term of supervised release of at least ____*4____ years following imprisonment for the offense(s) charged in Count(s) ____one____ of the Indictment/Information.

> I understand that if I violate any condition of the supervised release before the term expires, I may be required to serve a further term of imprisonment equal to the entire term of supervised release, without any credit for the time already spent on supervised release.

(g) A maximum order of restitution equal to the amount of loss resulting to any victims of the offense(s) charged in the Indictment/Information to which I am offering to plead guilty.

(h) I understand that I must also pay a mandatory special assessment of $__100.00__.

(10) My attorney has also advised me that:

[Check applicable line.]

__X__ (a) Because the offense to which I am offering to plead "GUILTY" is a Class A/B felony, the Court is not authorized to sentence me to probation.

_____(b) Probation is a possible sentence, but that it may or may not be granted.

(11) My attorney has also advised me that because the

- 4 -

offense(s) to which I am now offering to plead guilty occurred on or after November 1, 1987, I will be sentenced pursuant to the law with consideration given to the guidelines promulgated by the United States Sentencing Commission.

My attorney has counseled me with his/her opinion on what my sentencing range might be.  I fully understand that my attorney's opinion (or my own) may be incorrect and that the Guidelines calculation will be performed on the basis of facts set forth in a Presentence Report which will be prepared for the Court before sentencing.  I understand that my attorney's opinion or prediction concerning the Guidelines is not binding on the Court; that it is the Court which will actually determine the sentence to be imposed; and that I have no right to withdraw my plea on the ground that my attorney's opinion or prediction (or my own) concerning the Guidelines proved to be incorrect.  I fully understand that the sentence could be up to the maximum provided by the statute.

My attorney has advised me that in certain instances under the Guidelines, conduct which is found or stipulated to have occurred will be taken into consideration in computing the Guidelines, even though that conduct does not form the basis of the specific count(s) to which I am pleading guilty.

My attorney has advised me, and I fully understand, that parole has been abolished for offenses committed on or after November 1, 1987, and that if I am sentenced to prison, I will not be released on parole.

_____(12) Consequences for parole and probation. [Check if defendant is on probation or parole in this or any other court.]

I understand that by pleading GUILTY here, my probation/parole may be revoked and I may be required to serve time in prison in the case in which I am on probation/parole, in addition to any sentence imposed upon me in this case. Moreover, my attorney has advised me that my status on probation/parole at the time of the offense charged in this case may result in an increase in the Guideline range or in the sentence imposed.

(13) My attorney has advised me that if I plead "GUILTY" to more than one offense, the Court may order the sentence to be served consecutively -- that is, one after another.

(14) I understand that I may, if I so choose, plead "NOT GUILTY" to any offense charged against me, and that I may continue to plead "NOT GUILTY," if I have already so pleaded.

(15) I understand that if I choose to plead "NOT GUILTY," I may proceed to trial at the time set by the Court.  I further understand that the United States Constitution guarantees me:

> (a)  the right to a speedy and public trial by jury;
>
> (b)  the right to see, hear, and question all witnesses called by the government against me;
>
> (c)  the right  to use the power and process of the Court to compel the production of any evidence,

- 6 -

including the attendance of any
witnesses, in my favor;

(d)    the right to have the assistance
of counsel in my defense at all
stages of these proceedings, as
well as upon the trial; and

(e)    the right not to be compelled to
incriminate myself; that is, I
understand that if I go to trial,
I may remain silent and I cannot
be compelled to take the witness
stand.

(f)    the right to be found "not guilty" on any
charge for which the evidence lawfully admitted
at trial does not sustain a finding of guilt
beyond a reasonable doubt.

(16) I understand that, by pleading "GUILTY," I waive
(that is, I give up) my right to a trial, and that there will
be no further trial of any kind.

(17) I understand that, if I plead "GUILTY," the Court may
ask me questions about the offense to which I am pleading
"GUILTY."  I also understand that if I answer these questions
under oath, on the record, and in the presence of counsel, my
answers, if false, may later be used against me in a
prosecution for perjury or false statement.  I understand also
that, by pleading "GUILTY," I waive any right against
self-incrimination concerning the facts constituting the
offense to which I am pleading "GUILTY."

(18) I understand that, if I plead "GUILTY," the Court may
impose the same punishment as if I had pleaded "NOT GUILTY,"
stood trial, and had been convicted by a jury.

(19) I further understand that if I plead "GUILTY," I waive (that is, I give up) any defenses I may have had and, in particular, that I waive any claims which I may have had based upon any previous violations of my statutory or constitutional rights.  I understand that if I were to continue to plead "NOT GUILTY," I would be entitled to have my attorney make appropriate application to the Court based upon any such violations -- for example, a motion to suppress evidence.

(20) I declare that no officer or agent of any branch of government (federal, state or local), nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I would receive a lighter sentence, or probation, or any other form of leniency, if I would plead "GUILTY," except to the extent that my plea of "GUILTY" may be a factor considered by the Court in determining whether I have accepted responsibility for my criminal conduct within the meaning of the Guidelines or to the extent indicated in my written plea agreement with the Government.

(21) I declare that I have not been <u>threatened</u> or <u>forced</u> in any way to plead guilty at this time or any other times.

(22) My decision to plead "GUILTY" arises out of discussions between me and my attorney, who advised me that if I plead "GUILTY" to Count(s) _____ one _____ the government has agreed to the following: [Staple here a copy of any written agreement between the government and the defendant. If there is no written agreement, state the nature

of the agreement in the space below.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ .

      (23) I understand that the Court may accept or reject the terms of this agreement, or may defer its decision to accept or reject the agreement until it has had an opportunity to consider a presentence report prepared by the United States Probation Office.

      (24) (a)   I have made this decision to plead "GUILTY" freely and voluntarily and as a result of my own reasoning processes.

           (b)   I know that the Court will not accept a plea of "GUILTY" from any one who claims to be innocent and I am not pleading "GUILTY" for any reason other than that I am indeed guilty.

      (25) [Place check mark in appropriate place:]

I have_____/have not__x__ made any statement to any law enforcement officer or anyone else in which I admitted the crime or any part of the crime to which I now want to plead guilty.

[Check if defendant has made such a statement:]

_____ I would choose to plead "GUILTY" even if I knew that the statement could not be used against me.

(26) I understand that, in cases prior to November 1, 1987, a federal judge has no authority to order a federal sentence of imprisonment to run at the same time as a state sentence of imprisonment.  However, for an offense committed after November 1, 1987, I understand that under 18 U.S.C. § 3584(a), a federal judge may impose terms of imprisonment that run concurrently.

(27) I believe and understand that my attorney has done all that an attorney should have done to counsel and assist me with respect to this case.

(28) I am not now under the influence of any drugs or alcohol.

(29) Within the last seven (7) days, I have taken the following drugs, medicines, pills or alcoholic beverages:

N/A
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   (30) The following is my own statement as to what
occurred, which shows that I am, in fact, guilty of each charge
to which I am now offering to plead "Guilty."  [Defendant must
set forth, in his/her own handwriting, or through an
interpreter, his/her own statement as to each count with which
he/she is charged.  Use additional sheets if necessary and
attach to this petition.]

_____

_____

I knew Darsey and I called
her several times. As a
result of my calls Darsey
would provide me with heroin
which I would re-distribute.
It was foreseeable that more than
400 grams of heroin were
involved.

(31) I declare that I offer my plea of "GUILTY" freely and voluntarily and of my own accord.  I also declare that my attorney has explained to me, and I understand, the statements set forth in the Indictment/Information and in this petition and in the "Certificate of Counsel" attached to this petition.

(32) I have read and discussed with my attorney the Indictment/Information, and I further state that I wish the Court to omit and consider as waived (that is, to consider as given up) by me all reading of the Indictment/Information in open court, and all further proceedings upon my arraignment, and to consider any undecided motions previously made by me as withdrawn.

(33) I request that the Court enter now my plea of "GUILTY" as set forth above in reliance upon my statements in this petition.

Signed by me in open court in the presence of my attorney at Hartford, Connecticut, this __11th__ day of _____April_____, 20_05__ .

_____
Defendant

- 13 -

## CERTIFICATE OF COUNSEL

The undersigned, as attorney and counselor for the defendant, ___Herman Woodard, Jr.___ , hereby certifies as follows:

(1)  I have read and fully explained to the defendant all the accusations against the defendant which are set forth in the Indictment/Information in this case;

(2)  To the best of my knowledge and belief each statement set forth in the foregoing petition is in all respects accurate and true;

(3)  The plea of "GUILTY," as offered by the defendant in the foregoing petition, accords with my understanding of the facts as related to me by the defendant, and is consistent with my advice to the defendant;

(4)  In my opinion, the defendant's waiver of the reading of the Indictment/Information in open court, and of all further proceedings upon arraignment as provided in the Federal Rules of Criminal Procedure, is voluntarily made; the defendant understood what he/she was doing when he/she waived the reading; and I recommend to the Court that the waiver be accepted by the Court;

(5)  In my opinion the plea of "GUILTY," as offered by the defendant in the foregoing petition, is voluntarily and understandingly made, and I recommend to the Court that the plea of "GUILTY" be now accepted and entered on behalf of the

- 14 -

defendant as requested in the defendant's petition;

(6)   I have read and understood and explained to the defendant all the provisions of Rules 10 and 11 of the Federal Rules of Criminal Procedure, and I believe the defendant understands the substance of both of those Rules;

(7)   I have caused a copy of the foregoing petition, completed by the defendant, to be delivered to the Assistant United States Attorney in charge of this case prior to the parties' appearance in court at the plea proceeding.

Signed by me in open Court and in the presence of the defendant above named at Hartford, Connecticut, this 11th day of ___April___, 20 05

_____
Attorney for the Defendant

O R D E R

Good cause appearing from the foregoing petition of the defendant above named and the certificate of his counsel, and from all proceedings heretofore had in this case, it is hereby RECOMMENDED that the petition be granted and that the defendant's plea of "GUILTY" be accepted and entered as prayed in the defendant's petition and as recommended in the certificate of his counsel.

It is so ordered.

Entered at Hartford, Connecticut, this // day of April 2005.

Donna F. Martinez
United States Magistrate Judge