UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | : | CRIM. NO. 3:03CR198(RNC) |
| VS. | : | |
| PABLO GARCIA, a/k/a "Viejo" DEFENDANT | : | JULY 13, 2005 |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

The undersigned counsel in the above-entitled matter respectfully requests a continuance for sentencing. Undersigned counsel states his reasons as follows:

1) Per the scheduling orders of the Court, the Pre-sentence Investigation report was to be completed by or on June 14, 2005.

2) The Pre-Sentence Investigation report was not completed until June 22, 2005.

3) Counsel needs more time in which to thoroughly view the Pre-sentence Investigation report with his client.

4) For these reasons and with the agreement of the Office of the United States Attorney, the undersigned counsel requests a thirty (30) day postponement of the sentencing hearing.

PLAINTIFF, PABLO GARCIA

By_____
Herman Woodard, Jr., Esq.
750 Main Street, Suite 202
Hartford, CT 06103
tel.: (860) 244-2244
fax: (860) 727-8501
Fed. Bar No.: ct18444

## CERTIFICATION

This is to certify that a copy of the foregoing motion was mail, postage prepaid, this 13th day of July, 2005 to all counsel and pro se parties of record as follows:

Judge Robert N. Chatigny
Chief United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

Judge Donna F. Martinez
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

AUSA Gordon Hall
Office of the United States Attorney
23rd Floor Office of the United States
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

Margaret Levy, Esq.
21 Oak Street
Hartford, CT 06106

Walter Hussey, Esq.
142 Jefferson Street
Hartford, CT 06103

_/s/ Hernan Woodard, Jr._
Hernan Woodard, Jr.