UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, PLAINTIFF | : | CRIM. NO. 3:03CR198(RNC) |
|---|---|---|
| VS. | : | |
| PABLO GARCIA, a/k/a "Viejo" DEFENDANT | : | JULY 13, 2005 |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

The undersigned counsel in the above-entitled matter respectfully requests a continuance for sentencing. Undersigned counsel states his reasons as follows:

1) Per the scheduling orders of the Court, the Pre-sentence Investigation report was to be completed by or on June 14, 2005.

2) The Pre-Sentence Investigation report was not completed until June 22, 2005.

3) Counsel needs more time in which to thoroughly view the Pre-sentence Investigation report with his client.

4) For these reasons and with the agreement of the Office of the United States Attorney, the undersigned counsel requests a thirty (30) day postponement of the sentencing hearing.

PLAINTIFF, PABLO GARCIA

By_____
Herman Woodard, Jr., Esq.
750 Main Street, Suite 202
Hartford, CT 06103
tel.: (860) 244-2244
fax: (860) 727-8501
Fed. Bar No.: ct18444

---

*Handwritten annotation (left margin):* Sentencing is hereby rescheduled to September 1, 2005, at 9:30 a.m.

Robert N. Chatigny, U.S.D.J.

July 15, 2005. Granted. So ordered.