UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO: 3:03cr198(RNC) |
| | : |
| v. | : |
| | : |
| PABLO GARCIA | : August 24, 2005 |

**GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States of America respectfully requests that the Court accord defendant an additional 1-level adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b). In support of this motion the United States states:

1.  The defendant, Pablo Garcia, was charged by indictment with a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846 on July 16, 2003.

2.  The defendant timely notified the United States of his intention to plead guilty, and the change of plea proceeding occurred on April 18, 2005.

3.  Pursuant to the plea agreement in this matter, the United States has recommended that defendant receive a downward adjustment for acceptance of responsibility pursuant to § 3E1.1(a) because defendant has demonstrated an acceptance of responsibility for his offense.

ORAL ARGUMENT NOT REQUESTED

4.The defendant's adjusted offense level is 16 or greater and the defendant has assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

Robert M. Spector
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct18082
157 Church Street, 23rd Floor
New Haven, CT 06510
tel. 203.821.3700

## **CERTIFICATE OF SERVICE**

      This is to certify that on August 24, 2005, the foregoing motion was sent via facsimile to

Attorney Herman Woodard, Jr.
750 Main Street, Suite 202
Hartford, CT 06103

United States Probation Officer Christopher Rogers
United States Probation Office
157 Church Street
22nd Floor
New Haven, CT 06510

                              ROBERT M. SPECTOR
                              ASSISTANT UNITED STATES ATTORNEY