UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:03CR198(RNC) |
| PABLO GARCIA<br>a/k/a "Viejo" | : | AUGUST 29, 2005 |

_____

MOTION TO CONTINUE SENTENCING

The United States Attorney, through H. Gordon Hall, Assistant United States Attorney, respectfully moves the Court to continue the date for Sentencing in this case from the currently assigned date of Thursday, September 1, 2005 to September 7, 2005, as counsel for the Government is on annual leave until September 6, 2005.  The defendant, through his counsel, has no objection to a continuance.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JAMES G. GENCO
ASSISTANT U.S. ATTORNEY


FOR:    H. GORDON HALL
        ASSISTANT  U.S. ATTORNEY
        ct05153
        157 CHURCH STREET
        NEW HAVEN, CONNECTICUT 06510
        (203) 821-3700

SO ORDERED:

_____
ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE
Dated at Hartford, Connecticut,
this ____ day of August, 2005.

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing Government's Motion to Continue Sentencing was sent this 29[h] day of August, 2005, via first class mail, postage pre-paid to

Herman Woodard, Esq.
750 Main Street, Suite 202
Hartford, CT 06103

_____
JAMES G. GENCO
ASSISTANT U.S. ATTORNEY


For:     H. GORDON HALL
ASSISTANT U.S. ATTORNEY