UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:03CR198(RNC) |
| PABLO GARCIA<br>a/k/a "Viejo" | : | AUGUST 29, 2005 |

## MOTION TO CONTINUE SENTENCING

The United States Attorney, through H. Gordon Hall, Assistant United States Attorney, respectfully moves the Court to continue the date for Sentencing in this case from the currently assigned date of Thursday, September 1, 2005 to September 7, 2005, as counsel for the Government is on annual leave until September 6, 2005. The defendant, through his counsel, has no objection to a continuance.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*[signature]*
JAMES G. GENCO
ASSISTANT U.S. ATTORNEY

FOR:    H. GORDON HALL
ASSISTANT U.S. ATTORNEY
ct05153
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700

SO ORDERED:

_____
ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE
Dated at Hartford, Connecticut,
this ____ day of August, 2005.

*[Handwritten margin notation: August 29, 2005. Granted. Sentencing is hereby rescheduled to September 7, 2005 at 9:30 a.m. So ordered. Robert N. Chatigny, U.S.D.J.]*